### November 29, 1979.

M. P. No. 79-348.  EDWARD E. VOCCOLA *v.* JOHN MORAN, WARDEN *et al.* The petition for writ of habeas corpus is denied without prejudice to petitioner's right to renew said petition if trial on the indictments which are the subject of petitioner's speedy trial claim does not take place within 90 days of the determination of violation.

Mr. Justice Doris did not participate. *William A. Dimitri, Jr.,* for petitioner. *Dennis J. Roberts II,* Attorney General,

*Stephen Lichatin III,* Special Assistant Attorney General, Chief, Appellate Division, for respondents.